FLINT et al., Respondents, v. FREEPORT R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Clinton M. Flint and another against the Freeport Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re FLYNN. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) In the matter of the application of Edward J. Flynn for admission to the bar. No opinion. Application granted.

FOGARTY, Appellant, v. FOGARTY, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Patrick A. Fogarty against William P. Fogarty. D. McCurdy of New York City, for appellant. E. Frayer, of New York City, for respondent.

PER CURIAM. Judgment modified, by allowing plaintiff to tax his costs as allowed by the interlocutory judgment, and insert the same in the final judgment, and, as so modified, affirmed, with costs to the respondent. Settle order on notice. See, also, 141 N. Y. Supp. 1119.

FOURTH NAT. REALTY CO., Respondent, v. GOODALE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 24, 1913.) Action by the Fourth National Realty Company against Josiah H. Goodale and others. No. opinion. Motion granted, without costs, and case set down for Thursday, June 26, 1913.

FOX et al., Appellants, v. HAWKINS, Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Catherine Fox and others against Samuel N. Hawkins. No opinion. Motion for reargument (of 141 N. Y. Supp. 1119) denied, without costs.

FRACKMAN v. BIJOU REAL ESTATE CO. (Supreme Court, Appellate Term, First Department. June 24, 1913.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Joseph Frackman against the Bijou Real Estate Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Bennett E. Siegelstein, of New York City, for appellant. Leonard Bronner, of New York City, for respondent.

BIJUR, J. On March 7th the parties executed an informal lease for a store from March 10 to April 10, 1913, with certain privileges of renewal to the tenant in case the premises were not otherwise rented. The only question involved is whether, under the terms of the contract, the landlord was bound to give the tenant possession; it being conceded that ordinarily he is not under such obligation. See U. M. Realty Co. v. Roth, 193 N. Y. 576, 86 N. E. 544. I find nothing in the agreement to take the case out of the rule; on the contrary, there are a number of provisions in the paper signed which indicate that the parties actually contemplated delay after March 10th in obtaining possession.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

FRAME, Respondent, v. FORSTER, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Caroline W. Frame against Frederick F. Forster impleaded with others. W. L. Bunnell, of New York City, for appellant. De F. Jetmore, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1119.

FRANK J. LENNON CO. v. NEW YORK MAIL CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Frank J. Lennon Company against the New York Mail Company. No opinion. Motion granted. Order filed. See, also, 142 N. Y. Supp. 483; 142 N. Y. Supp. 1118.

FRANK J. LENNON CO. v. NEW YORK MAIL CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Frank J. Lennon Company against the New York Mail Company. No opinion. Application granted. Order signed. See, also, 142 N. Y. Supp. 1118.

FRASER et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Alexander V. Fraser and another, as executors, etc., against the City of New York. W. E. C. Mayer, of Brooklyn, for appellant. H. Green, of New York City, for respondents.

PER CURIAM. Judgment and order reversed, with costs, and complaint dismissed, with costs, on Smith v. Rochester, 76 N. Y. 506, and O'Meara v. Mayor, etc., 1 Daly, 425. Settle order on notice.

FREEMAN, Respondent, v. DORB, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Charles H. Freeman against Abraham Dorb, impleaded with others. H. Gottlieb, for appellant. H. S. Bandler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FULLER, Respondent, v. LOEWS CONSOLIDATED ENTERPRISES, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Ida M. Fuller against the Loews Consolidated Enterprises. E. J. Ludvigh, of New York City, for appellant. C. K. Allen, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FURTHMANN, Appellant, v. FURTHMANN, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Charles Furthmann against Gertrude Furthmann. E. W. Willcox, of New York City,